**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Marie Burke Whitt and Tavarus Downs,
Defendants,

Of whom Tavarus Downs is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-000079

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

Unpublished Opinion No. 2021-UP-213
Submitted May 27, 2021 – Filed June 10, 2021

**AFFIRMED**

Matthew P. Head, of Head Law Firm, LLC, of Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Tavarus Downs appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Downs's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.